# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

## MDL DOCKET NO: 5:20-MD-2947-KDB-DSC

| | |
|---|---|
| IN RE: LOWES'S COMPANIES, INC., | ) |
| FAIR LABOR STANDARDS | ) |
| ACT (FLSA) AND | ) |
| WAGE AND HOUR LITIGATION | ) |
| | ) |

**THIS DOCUMENT RELATES TO:**

5:20-cv-00041-KDB-DSC
5:20-cv-00104-KDB-DSC
5:20-cv-00105-KDB-DSC
5:20-cv-00106-KDB-DSC
5:20-cv-00107-KDB-DSC
5:20-cv-00108-KDB-DSC
5:20-cv-00109-KDB-DSC
5:20-cv-00110-KDB-DSC
5:20-cv-00111-KDB-DSC
5:20-cv-00112-KDB-DSC
5:20-cv-00113-KDB-DSC
5:20-cv-00114-KDB-DSC
5:20-cv-00115-KDB-DSC
5:20-cv-00118-KDB-DSC
5:20-cv-00119-KDB-DSC
5:20-cv-00120-KDB-DSC
5:20-cv-00121-KDB-DSC
5:20-cv-00122-KDB-DSC
5:20-cv-00123-KDB-DSC

## ORDER OF ADMINISTRATIVE CLOSE-OUT

**THIS CAUSE** is before the Court sua sponte. The above-styled cases were previously consolidated in this MDL proceeding for all pretrial purposes, and the parties to all cases have

been directed to submit all filings in the MDL action. In light of the consolidation of cases in the MDL action, it is

**ORDERED AND ADJUDGED** that the Clerk of the Court shall mark the following cases as CLOSED for administrative purposes only:

5:20-cv-00041-KDB-DSC
5:20-cv-00104-KDB-DSC
5:20-cv-00105-KDB-DSC
5:20-cv-00106-KDB-DSC
5:20-cv-00107-KDB-DSC
5:20-cv-00108-KDB-DSC
5:20-cv-00109-KDB-DSC
5:20-cv-00110-KDB-DSC
5:20-cv-00111-KDB-DSC
5:20-cv-00112-KDB-DSC
5:20-cv-00113-KDB-DSC
5:20-cv-00114-KDB-DSC
5:20-cv-00115-KDB-DSC
5:20-cv-00118-KDB-DSC
5:20-cv-00119-KDB-DSC
5:20-cv-00120-KDB-DSC
5:20-cv-00121-KDB-DSC
5:20-cv-00122-KDB-DSC
5:20-cv-00123-KDB-DSC

**IT IS SO ORDERED.**

Signed: August 12, 2020

Kenneth D. Bell
United States District Judge